464 A.2d 520

Commonwealth v. McDaniel, Appellant.

Submitted April 28, 1983. Timothy A. Crawford, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and POPOVICH, JJ.

Judgment of sentence affirmed.